JOHN W. HUBER, United States Attorney (#7226)
AARON FLATER, Assistant United States Attorney (#9458)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ ccastle@usa.doj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OLUWOLE ADEGBORUWA,<br><br>　　　　　Defendant. | Case No. 2:19CR00260 DB<br><br>JOINT MOTION FOR INTERLOCUTORY SALE<br><br>Judge Dee Benson |

　　　　The United States of America and Counsel for the defendant, move the court pursuant to Fed. R. Crim. P. 32.2(b)(7) and Rule G(7)(b)(iv), for an Order authorizing the immediate Interlocutory Sale of the following asset:

- 2017 Dodge Charger VIN# 2C3DXCT8HH524377.

　　　　The United States has seized the property and has listed the property for forfeiture in the indictment. The parties have agreed that an interlocutory sale is necessary to avoid costs and to preserve the value of the assets pending the resolution of this criminal case.

　　　　The parties have agreed that the asset should be sold as provided in the enclosed order.

For these reasons, we respectfully request that the court authorize the interlocutory sale of the asset.

Respectfully submitted,

| | |
|---|---|
| JEREMY DELICINO LLC | JOHN W. HUBER<br>United States Attorney |
| */s/ Jeremy Delicino*<br>Jeremy Delicino<br>Attorney for Defendant<br>(signed by permission) | */s/ Cy H. Castle*<br>Cy H. Castle<br>Assistant U.S. Attorney |
| STEPHEN R MCCAUGHEY LLC | |
| */s/ Stephen R. McCaughey*<br>Stephen R. McCaughey<br>Attorney for Defendant<br>(signed by permission) | |